

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2017

No. 04-17-00010-CV

**ATLAS TOWING AND STORAGE,**
Appellant

v.

Cheryl **VOMERO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV04077
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On February 27, 2017, this court issued an order granting the parties' Joint Advisory stating they have agreed to mediate this matter with Mr. Robert Trudeau and abating this appeal until April 10, 2017.

Also on February 27, 2017, before receiving a copy of our order, appellant filed an unopposed motion requesting an extension of time in which to file its brief. Based on our February 27, 2017 order, we deny the motion as moot.

Pursuant to our February 27, 2017 order, (1) the parties are directed to file either the appropriate motion to dismiss this appeal or a motion to reinstate appellate deadlines no later than April 10, 2017; (2) if the appeal is reinstated, appellant's brief is due thirty days from the date of reinstatement; and (3) all other appellate deadlines are held in abeyance pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2017.



Keith E. Hottle
Clerk of Court